UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BILLY FRADYS,                                   21-cv-7891 (JGK)

                Plaintiff,                   ORDER

   - against -

CHRISTOPHER RONDEAU, ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The defendants filed a motion to dismiss on October 18, 2021. Any opposition was due by November 1, 2021. See Local Civil Rule 6.1(b). The pro se plaintiff has not yet filed an opposition to the defendants' motion to dismiss. The time for the pro se plaintiff to respond to the motion to dismiss is extended to **January 28, 2022**. If the pro se plaintiff fails to file an opposition by then, the defendants' motion to dismiss may be decided without the plaintiff's submission.

    The Clerk is directed to mail a copy of this Order to the pro se plaintiff at the following address and to note service on the docket:

    Billy Fradys
    2117 Bogart Ave.
    Bronx, NY 10462

**SO ORDERED.**

Dated:    New York, New York
             December 20, 2021

                                                John G. Koeltl
                                        United States District Judge