UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BILLY FRADYS,

                    Plaintiff,                    21-cv-7891 (JGK)

          - against -                             ORDER

WHITE PLAINS ROAD FITNESS GROUP,
LLC,

                    Defendant.

---

JOHN G. KOELTL, District Judge:

The plaintiff's motion for reconsideration, ECF No. 14, is **denied.** The plaintiff has failed to show that the requirements for reconsideration are met.

The plaintiff seeks leave to file an amended complaint. The Court has already given leave for the plaintiff to file an amended complaint. ECF No. 12. The time to file an amended complaint is extended to **July 22, 2022.** The Court notes that a complaint should include a "short and plain" statement of the plaintiff's claim. See Fed. R. Civ. P. 8(a). The plaintiff should assure that the complaint states his claims succinctly, and in particular should address the deficiencies identified in the Court's original decision, including stating any request for accommodation that the plaintiff made to the defendant and any

specific provision of the contract that the defendant allegedly breached.

**SO ORDERED.**
Dated:      New York, New York
            June 30, 2022

                                            John G. Koeltl
                                    United States District Judge