UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BILLY FRADYS,

                Plaintiff,

                              21-cv-7891 (JGK)

    - against -

                              ORDER

CHRISTOPHER RONDEAU, et al.,

                Defendants.

JOHN G. KOELTL, District Judge:

    The time to respond to the pending motion to dismiss is extended to **October 7, 2022**. The defendant may reply by **October 17, 2022**. If the plaintiff fails to respond by that date, the motion will be decided on the current papers.

SO ORDERED.

Dated:    New York, New York
           September 15, 2022

                                          John G. Koeltl
                                  United States District Judge