UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BILLY FRADYS,                               21-cv-7891 (JGK)

                    Plaintiff,              ORDER

        - against -

CHRISTOPHER RONDEAU, ET AL.,

                    Defendants.

---

JOHN G. KOELTL, District Judge:

The defendant White Plains Road Fitness Group, LLC is

directed to provide the Court with courtesy copies of all papers

filed in connection with the fully briefed motion to dismiss

(ECF No. 18).

SO ORDERED.

Dated:    New York, New York
          October 17, 2022

                                        John G. Koeltl
                                   United States District Judge