**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
**BILLY FRADYS,**

                Plaintiff,

-against-                          21 **CIVIL** 7891 (JGK)

**JUDGMENT**

**CHRISTOPHER RONDEAU, ET AL.,**

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated November 10, 2022, Defendants motion to dismiss is GRANTED and the complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      November 10, 2022

                                                  **RUBY J. KRAJICK**

                                                  Clerk of Court

                        **BY:**

                                                  **Deputy Clerk**