UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BILLY FRADYS,                                21-cv-7891 (JGK)

           Plaintiff,                    ORDER

- against -

CHRISTOPHER RONDEAU, ET AL.,

           Defendants.

---

**JOHN G. KOELTL, District Judge:**

    On November 10, 2022, this Court issued a Memorandum Opinion and Order dismissing the plaintiff's complaint with prejudice and entered judgment. See ECF Nos. 25-26. Eighteen days later, on November 28, 2022, the plaintiff filed a notice of appeal and attached a motion for extension of time to file a notice of appeal. See ECF No. 28. An appeal in a civil case like this one "must be filed . . . within 30 days after entry of the judgment or order appealed from." Fed. R. App. Pro. 4(a)(1)(A). Thus, the plaintiff's notice of appeal was timely, and the Court need not rule on the plaintiff's motion for an extension of time to file a notice of appeal.

    The plaintiff also moves for leave to appeal in forma pauperis. See ECF No. 27. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the November 10, 2022 Order

cannot be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 348, 444-45 (1962).

The Clerk is respectfully directed to mail a copy of this Order to the pro se plaintiff and to note service on the docket.

**SO ORDERED.**

Dated:   New York, New York
         December 2, 2022

                                    _____
                                    John G. Koeltl
                                    **United States District Judge**

2